In the United States District Court for the Western District of Pennsylvania

Leonard Young, Je'Hand Harrison,
    Plaintiffs

v.

P.A. Department of Corrections, Et al.,
    Defendants

Order to Show Cause for a Preliminary Injunction and a Temporary Restraining

Civil Action No. 1:22-CV-327

FILED
OCT 27 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Upon the Complaint, the Supporting Affidavits of Plaintiffs, and the Memorandum of Law Submitted Herewith, It Is:

Ordered that All Defendants Show Cause in Room ____ of the United States Courthouse, 17 South Park Row, Erie, PA 16501 on the ____ Day of 2022, At ____ O'clock, Why A Preliminary Injunction Should not Issue Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure Enjoining the Defendants, their Successors In office, Agents And Employees And All other Persons Acting In Concert And Participation With Them, from Denying Plaintiffs Ability To openly Protest And Live As Transgender Women/Females, To Give Both Plaintiffs Adequate Ability To Live Around other Females "Transgenders", To House Both Plaintiffs In State Correctional Institutions "Laurel Highlands" or "Mercer" or "Pinegrove" Because of LBGTIQ+ Community And Equal Protection for All Inmates, To Provide Treatment for Mental Health That Courts Have on Record See: "Young V. Martin Civil Action # 13-4057, 801 f.3d 172 (3d Cir. 2015)"; Plaintiff Young Is Continuing To Be Denied Treatment, To Provide Treatment for Mental Health "Trauma" That Plaintiff Harrison Has Gained And Continues To Gain, To Stop Denying Plaintiffs Ability To Dress And Present In A Way That Matches

-1-

their Gender Identity (Healthcare Proffessionals that that's a form of treatment See: Konitzer v. Frank, 03-C-717, 2010 U.S. Dist. Lexis 45648 (E.D. Wis. May 10, 2010), to Allow Plaintiffs to Move to Institution that allows Help to Adapt to General Population.

It is further ordered that effective Immediately and pending the Hearing and Determination of this order to show cause, the Defendants and each of their officers, Agents, Employers, and all other Persons Acting in concert or Participation with them, are Restrained from Denying Both Plaintiffs Any Mental Health Care Due to Being Transgender Women/females, and Sadistecly and maliciously mocking the LBGTQ+ community and what Both Plaintiffs Have Been Thru Since Childhoods.

It is further ordered that the order to show cause, and all other Persons Papers Attached to this Application, Be Served on the Aforesaid Plaintiffs By: _____.

Dated:
United States District Judge

-2-