IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD YOUNG, ~~inmate #QG2065~~

            PLAINTIFF(S)

V.

PA. DEPARTMENT OF CORRECTIONS, SCI-
ALBION SUPERINTENDANT L.S. OLIVER,
DEPUTY PATRICIA THOMPSON, CORRECTIONS
HEALTHCARE ADMINISTRATOR (CHCA) OF SCI-
ALBION ~~JOHN/JANE DOE~~ MR. EDWARDS (CCPM) CORRECT-
IONS CLASSIFICATION PROGRAM MANAGER KURT
SUESSER, CHIEF PSYCHOLOGIST OF SCI-ALBION DR.
BLAIC RUSH, DR. GODETMEN, DR. LUCAS, DR.
EVANS, GRIEVANCE COORDINATOR C. GIDDINGS
LT. BASHER, CPT. JOHNSON
(ALL DEFENDANTS SUED IN PERSONAL, INDIVIDUAL
AND OFFICIAL CAPACITY)

PLAINTIFF AMENDED
ORIGINAL COMPLAINT

CIVIL ACTION No: 1:22-CV-327

IMMINENT DANGER CLAIM

DETORIATED CONDITIONS CLAIM

JURY TRIAL DEMAND

MEDIATION REQUESTED

**FILED**

NOV 18 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## I. JURISDICTION & VENUE.

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3). PLAINTIFF(S) SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF(S) CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 & 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE. PLAINTIFF(S) ASK THIS COURT TO ADDRESS CONSPIRACY OF DEPRIVATION OF RIGHTS, UNDER COLOR OF STATE LAW, AND VIOLATION OF (PREA) PRISON RAPE ELIMINATION ACT OF 2000, 42 U.S.C § 15601 ET SEQ., AND ITS IMPLEMENTING REGULATIONS, 28 C.F.R. § 115 ET SEQ.

-1-

2. THE WESTERN DISTRICT OF PENNSYLVANIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURED.

## II. PLAINTIFF(S)

3. PLAINTIFF(S), LEONARD YOUNG, ~~AND RICHARD BRODBECK~~, IS AND WAS AT ALL TIMES MENTIONED HEREIN PRISONER'S OF THE STATE OF PENNSYLVANIA IN THE CUSTODY OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS. ~~THEY ARE~~ SHE IS CURRENTLY CONFINED IN STATE CORRECTIONAL INSTITUTE (SCI) ALBION, IN ALBION PA.

4. DEFENDANT PA. DEPARTMENT OF CORRECTIONS IS THE HOLDER/ENTITY OF THE STATE OF PA. DEPARTMENT OF CORRECTIONS. THE ENTITY IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATIONS OF THE DEPARTMENT AND EACH INSTITUTION UNDER IT'S JURISDICTION AND POLICY AND PROCEDURES BEING FOLLOWED AT SCI-ALBION.

5. DEFENDANT SUPERINTENDANT LONNIE J. OLIVER IS THE SUPERINTENDANT OF SCI-ALBION. SHE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF SCI-ALBION AND FOR THE WELFARE OF ALL THE INMATES IN THAT PRISON.

6. DEFENDANT DEPUTY PATRICIA THOMPSON IS THE DEPUTY OF CENTRALIZED SERVICES AT SCI-ALBION. SHE IS LEGALLY RESPONSIBLE FOR THE OPERATIONS OF SERVICES/PROGRAMS, ~~etc~~ AT SCI-ALBION AND FOR THE WELFARE OF ALL THE INMATES IN THAT PRISON.

7. DEFENDANT CHCA JOHN/JANE DOE IS THE HEAD MEDICAL HEALTH CARE ADMINISTRATOR AT SCI-ALBION. JOHN/JANE DOE IS LEGALLY RESPONSIBLE FOR THE STAFF/MENTAL AND MEDICAL HEALTH PROFESSIONALS AND OPERATIONS OF SCI-ALBION AND FOR THE WELFARE OF ALL THE INMATES IN THAT PRISON.

8. DEFENDANT KURT SUESER IS THE (CCPM) CORRECTIONS CLASSIFICATION PROGRAM MANAGER, AT SCI-ALBION. HE IS DIRECTLY RESPONSIBLE FOR CLASSIFICATION OF LGBTQ PRISONERS AND

their safety as well as assuring PREA is being followed to the letter of law. He is legally responsible for the operations of SCI-Albion directly for the welfare of all the inmates in that prison.

9. Defendants Psychologist Dr. Craig Rush and Dr. Godesman are the chief/main Psychologist at SCI-Albion. They alone are responsible for the mental health medications and diagnosis of mentally ill prisoners and for the welfare of all mental health in that prison and legally responsible.

10. Defendant(s) Dr. Evans and Dr. Lucas are the main/chief Psychology Doctors and Dr. Lucas is the mental health Co-ordinator at SCI-Albion. They respectively are directly responsible for the care, custody, and control of all mental health prisoners and to assure they get the proper treatment in that prison and legally responsible for them.

11. Defendant C. Giddings is the Superintendant's Assistant/secretary and the facility Grievance Co-ordinator at SCI-Albion. She is legally responsible for the policy procedures to be followed as well as the PLRA exhaustion and Grievance to be properly filed. It is a responsibility of hers to handle any direct notice of violation of policy that affects welfare of the prisoners.

12. Defendant Lt. Basher is the PREA Lt. at SCI-Albion. She is directly responsible for handling all PREA complaints and investigations and for the safety and security of inmates at SCI-Albion. Cpt. Johnson liason also in this.

13. Each Defendant is sued individually, personally, and officially in capacity. At all times mentioned in this complaint, each defendant acted under color of State law with malicious and sadistic intent and conspirared to deprive Plaintiff(s) of rights under constitution of the United States.


## III. HISTORY OF PLAINTIFF(S)


14. Plaintiff Leonard Young has had a very factual and long

HISTORY OF MENTAL ILLNESS SINCE EARLY CHILDHOOD THAT HAS BEEN SHOWN ON FEDERAL COURTS RECORDS (SEE YOUNG V. MARTIN CIVIL ACTION # 13-4057 WESTERN DISTRICT THAT INCLUDE BIPOLAR AND SCHIZAFFECTIVE DIAGNOSIS. ALSO ALSO YOUNG V. DR. KUBRIN, ALLEGHENY HEALTH NETWORK CIVIL ACTION # 2: 19-CV-401 WESTERN DISTRICT) THE FIRST LISTED AS A SETTLEMENT IN 2016 AND THE OTHER IS CURRENTLY ACTIVE.

SHE ALSO HAS THE STATE/COUNTY COURTS OF ALLEGHENY COUNTY JUDGE DONALD MACHEN CC# CP-02-CR-0011281-2005 SENTENCING ORDERS THAT SHE IS BIPOLAR AND SCHIZAFFECTIVE WITH RECOMMENDATIONS TO CONTINUE TO BE TREATED AND MED-ICATED FOR MENTAL HEALTH ISSUES.

ON OR ABOUT MARCH 2, 2016 PLAINTIFF MAXED OUT OLD SENTENCE HERE AT SCI-ALBION AND NOW HAS BEEN RE-COMMITTED UNDER NEW NUMBER. SHE IS TRANSFERRED FROM SCI-HUNTINGDON FOR BEING TRANSGENDER SELF IDENTIFY AS WOMAN/FEMALE. SHE HAD NO SEPARATIONS AT SCI-HUNTINGDON BUT DUE TO COMMUNITY OPEN SHOWERS AS WELL AS OTHER SECURITY ISSUES WAS PLACED IN SINGLE CELL AND ORDERED TO SHOWER SEPARATE IN GENERAL POPULATION UNTIL TRANSFERRED TO A FACILITY THAT COULD ACCOMODATE HER NEEDS AS A TRANSGENDER/WOMAN IDENTITY.

PLAINTIFF WAS SENT TO SCI-ALBION WHERE SHE, AS STATED ABOVE, MAXED OUT FROM AND WAS KNOWN AS THE OLD NUMBER PERSON. MS. YOUNG IS A NON-VIOLENT OFFENDER THIS TIME AS WELL AS TRANSGENDER WOMAN IDENTITY AND SCI-ALBION TREATED HER IN SAME/SIMILAR FASHION AS WHEN "SHE" LEFT/MAXED OUT AS A "HE" THE VIOLENT (BILLARD) YOUNG. THEY KNEW AND IMMEDIATELY STARTED A CAMPAIGN TO DENY HER/PLAINTIFF EVERYTHING FROM TRANSGENDER WOMAN IDENTITY TO MENTAL HEALTH DIAGNOSES. THE DEFE-NANTS NOW SAY PLAINTIFF IS NOT TRANSGENDER, WOMAN IDENTITY AND HAS NO MENTAL HEALTH ISSUES EXCEPT ANTI-SOCIAL PERSONALITY DISORDER (BASICALLY VIOLENT AND MANIPULATIVE) WHICH HAS PLACED HER

—4—

in danger both mentally and physically. Plaintiff sadly is once again in the restricted housing unit w/o any psych meds or diagnoses/treatment and has multiple misconducts resulting in excessive RHU time. She has been held in a hard cell has not gone to yard at all and had no more than 5 showers total. Plaintiff is back to hearing voices, having delusions, smearing and eating her own feces, having nightmares, flashbacks and self abusive behaviors of banging head against the walls, diving off sink headfirst and attempts to mutilate/remove penis. She gets no help at all because of a systematic response of ignoring from the very top people to bottom people (defendants listed). Plaintiff is left in a deteriorating and very cruel & unusual situation with courts help this will not be fixed and could lead to the death of Plaintiff Leonard Young.

## IV.  FACTS OF LEONARD YOUNG

15. On September 27th 2022, Plaintiff was transferred to SCI-Albion from SCI-Huntingdon due to administrative move because SCI-Huntingdon could not accommodate transgender inmate Plaintiff. Plaintiff was housed single cell and seperate shower in general population due to self identity as female/woman and transgender and for being vulnerable due to previous rape at other institution (SCI-Huntingdon investigated Plaintiff did not co-operate only told it happened).

16. Plaintiff Young was placed in general population at about 9:50 pm on September 27th 2022 and sent to C-unit B pod cell 2. Upon entering unit Plaintiff seen that a muslem guy who stood about 6'1 280 lbs was in cell. She told guard of her status of woman/transgender and was told [4] "their is what you get if your a woman who cares if he takes your hole, it aint

GOING TO HURT THAT MUCH "By OFFICER.

17. PLAINTIFF WAS REFUSED TO GO IN CELL AFTER A FIELD LOOK IN CELL THAT SHE FOUND INMATE FULLY DRESSED WITH SHOES TIED UP (AT 10:00 PM) WITH ONE FOOT ON BED AND HANDS IN PANTS WHILE INMATE WAS STROKING SOMETHING THAT SHE ASSUMED WAS A PENIS.

18. LT. AND ESCORT TEAM ARRIVED AND TOOK PLAINTIFF TO THE RHU AFTER SHE FULLY EXPLAINED (ON HAND HELD CAMERA ESCORT PROCEDURES) SHE WAS FEMALE/TRANSGENDER AND FELT UNSAFE IN CELL WITH MEN AND SHE WAS NOW SUICIDAL DUE TO SCI-ALBION STAFF'S FAILURE TO KEEP HER SAFE. PLAINTIFF WAS SENT TO P.O.C PSYCH OBSERVATION CELLS.

19. ON SEPTEMBER 28TH, 2022 DEPUTY PATRICA THOMPSON CAME TO P.O.C AND ASKED PLAINTIFF IF SHE HAD ANY PROBLEM GOING TO POPULATION. PLAINTIFF TOLD DEPUTY THOMPSON THAT "I AM TRANSGENDER AND IDENTIFY AS FEMALE, I DON'T WANT TO CELL WITH A MAN OR USE SHOWERS WITH ONE". DEFENDANT THOMPSON SAID "THE HELL WITH THAT YOUR A GUY AND WE ARE NOT PLAYING YOUR GAMES. YOU ARE NOT MENTALLY ILL AND YOUR NOT TRANSGENDER YOUR GOING TO THE HOLE, ALL YOU WANT IS A Z-CODE". DEFENDANT THOMPSON THAN LEFT.

20. FROM SEPTEMBER 28TH – 30TH 2022 I WAS SEEN AT CELL DOOR IN P.O.C By DR. GODESMAN, DR. LUCAS WHO BOTH TOLD ME "YOUR NOT MENTAL HEALTH YOUR NOT A WOMAN AND WE ARE ALL ON TO YOUR GAMES".

21. ON FRIDAY MORNING SEPTEMBER 30TH 2022, DR. EVANS CAME TO CELL DOOR AND HAD A CONVERSATION WITH PLAINTIFF ABOUT GIVING UP GLASSES THAT PLAINTIFF WAS NOT ALLOWED TO HAVE AND PLAINTIFF REFUSED. DEFENDANT DR. EVANS THAN GOT MAD AND TOLD PLAINTIFF "THAT'S WHY YOUR NOT GETTING SHIT HERE. I RUN THE

-6-

MENTAL HEALTH STAFF AND YOU WILL NOT GET ANYTHING. YOUR NOT A WOMAN AND YOUR MENTAL HEALTH TREATMENT JUST WENT DOWN THE DRAIN."

22. PLAINTIFF FILED A PREA REPORT WITH CAPTAIN ALVERSON ABOUT THE SEPTEMBER 27TH 2022 INCIDENT WHILE IN P.O.C AND SO FAR IT HAS NOT BEEN BEEN LOOKED AT OR INVESTIGATED BY DEFENDANTS.

23. ON MONDAY OCTOBER 3RD 2022, DR. LUCAS AND DR. GROSSMAN CAME TO CELL DOOR AND TOLD PLAINTIFF "WE ARE ALL IN LINE AT ALBION, FROM THE SUPERIN-TENDANT TO THE GUARDS. YOUR NOT A WOMAN AND WE WILL NOT BE GIVING YOU MENTAL HEALTH DIAGNOSIS, YOU REMEMBER ME DON'T YOU? I'M DR. GROSSMAN I HAD YOU BEFORE YOU WENT HOME. UNTIL YOU CONFESS THAT EVERYTHING YOU SAID WAS A LIE YOUR NOT GETTING ANYTHING. ADMIT YOUR A MAN NOT A WOMAN AND THAN I WILL LET YOU GET SOME MENTAL HEALTH HELP." DR. LUCAS STOOD THERE LAUGHING AND THAN THEY WALKED OFF.

24. DURING THE TIMES OF SEPTEMBER 28TH — OCTOBER 6TH 2022 I CONTINUED TO REPORT MY VOICES, MANY SEALS COMING OUT THE TOILET, NIGHTMARES, FLASHBACKS, ATTEMPTS TO HURT SELF AND SELF MUTILATION OF PENIS TO DEFENDANTS DR. LUCAS AND DEFENDANT THOMPSON WHO MADE ROUND ON SEPTEMBER 5TH 2022 IN RHU, AND I WAS TOLD "SO WHAT WE'RE NOT WRITING THAT DOWN, YOUR FINE" BY BOTH

25. ON OCTOBER 8TH 2022 I SEEN PRT (PSYCH REVIEW TEAM) WHICH INCLUDED DEFENDANTS DR. LUCAS, DR. EVANS, DR. RUSH I ATTEMPTED TO TELL THEM OF MY PTSD, BIPOLAR, SCHIZAFFECTIVE DIAGNOSIS AND WAS CUT OFF BY DR. RUSH WHO SAID "I DON'T CARE TO HEAR ANY OF THAT. I AM THE HEAD PSYCHOLOGIST

Also you had no mental health issues except Anti-Social Personality Disorder and that's it. So leave all the other stuff off the table because we will not even talk about or discuss it." He than gave me a pill prescription for Blod Pressure that he claims is for Anxiety.

26. At that time I told all Defendant in # 25 that I have an extensive history of mental illness and my symptoms to which I was ignored and again Dr. Lucas and Dr. Evans laughed at saying "not no more you have a behavioral problem that's it"

27. On October 8th, 2022 after an attempt to eat my asthma inhaler I was placed in a hard cell where my voices told me to smear & eat my feces which I did on camera. I sat in cell for 3-days with feces smeared naked with only a suicide smock under Defendant Cpt. Jones orders

28. On October 8th, 2022 after a brief struggle officer slid me into HB-10 cell on my stomach and put a finger or/and instrument inside my Rectum effectively sexually assaulted me. I started screaming about it and the officers ran to get a hand held camera. Once camera was on I repeated the sexual assault loudly and clearly. Officers than stood me up and on camera I said "wait I gotta pull my pants back up" due to my butt being out in plain view. Inmate Maddox in HB-4 cell and inmate Haynes in HB-5 cell witnessed parts of this.

29. I was taken to medical triage after officers ran my head into door and split my ear and various me unconscious. I told medical nurse and doctor that I was sexually penetrated by officers and assaulted to which she said "DOC does not do rape exams" on camera. At that time I told camera again of sexual assault on camera and plainly hear Cpt. Tyson say "disregard that". Nothing was

-8-

done about this and I voluntary walked to strip cage. I was stopped outside of strip cage and told my clotus would need to be cut off and thrown away by Lt. to which I protested but complied fully. This was the Cpt. Johnson getting red of evidence of sexual assult. No type of rape kit or medical was given due to defendant Johnson orders.

30. Plaintiff assert that she is in imminent danger of mental health deteriation and sexual assults by guards and prisoners to which she attempted to file sexual PREA complaints to Lt. Basher and still nothing was done or even an interview done and it is october 20th 2022 now. All defendant(s) were notified of sexual assult via DC-135A inmate request slips or verbally. Noone did anything at all.

31. On or about October 18th 2022 Grievance Coordinator C. Goddness came out to collect Grievances in RHU. I told her at cell door that I was sexually assulted and being denied mental health care and about all my symptoms and she said while walking " Give it a break your your a Healthy male and nothings wrong with you. Matter fact your Grievance Days are due too, no more Frivol Grievances we don't want to hear it and that's from the superintendant."

    I, Leonard Yows, Hereby swear and attest that the foregoing facts and Complaint is true and correct to the best of my knowledge, beleif, and understanding under penalty of perjury and this should serve as my declaration in support of Civil Action Also.

x. _____
   Leonard Yows
   October 20th 2022

## VI. EXHAUSTION OF REMEDIES

32. Plaintiff has filed numerous grievances at SCI-Albion on all defendants. Due to the conspiracy from all defendants they have made several attempts to hinder the process by answering grievance and not giving plaintiff notice/copy of grievance until time to appeal has elapsed. Defendants have also simply gave plaintiff attachment # 1A (see Hurt Feelings Report) stating she will not file a DC-804 inmate grievance any more at SCI-Albion.

33. Plaintiff asserts that an inmate grievance can not per PA. DOC policy, file a grievance on PREA (Prison Rape Elimination Act) issues. She has filed several however all that has been rejected and never investigated properly. She also asserts that defendants conspire to overlook/ignore her PREA complaints entirely.

All filed DC-804 inmate grievances as well as conspiracy should be exposed at discovery phase.

## VII. LEGAL CLAIMS

34. Defendant C. Geddings and Superintendant L. J. Oliver violated plaintiffs procedural due process by denying plaintiff access to PERA grievance and/or hindering the filing of appeals. Defendants used retaliatory conduct with malicious and sadistic intent by giving plaintiff attachment exhibit 1-A when he asked to report claims of sexual abuse and denial of mental health. Both defendants therefore violated plaintiffs rights under the 1st amendment to the United States Constitution. The illegal actions are causing plaintiff injury to her 1st amendment rights.

35. Defendants Cpt. Johnson, CCPM Kurt Suesser, Lt. Baker, used and continue to use excessive

FORCE, CRUEL AND UNUSUAL PUNISHMENT, AND DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS BY DENYING PLAINTIFF MEDICAL SERVICES (IE RAPE KIT, PAIN TREATMENT AND SERVICES) AFTER SHE REPORTED A SEXUAL ASSAULT AT TIME IT HAPPENED. THESE DEFENDANTS TOOK STEPS TO ACTIVELY COVER IT UP AND/OR NOT REPORT IT AT ALL CAUSING PLAINTIFF PAIN, SUFFERING, MENTAL AND EMOTIONAL DISTRESS. DEFENDANTS VIOLATED PLAINTIFFS 8TH AMENDMENT RIGHTS UNDER THE CONSTITUTION OF THE UNITED STATES.

36. DEFENDANT CPT. JOHNSON VIOLATED THE 8TH AMENDMENT RIGHTS OF PLAINTIFF OF DELIBERATE INDIFFERENCE AND RETALIATORY CONDUCT RESULTING IN CRUEL AND UNUSUAL PUNISHMENT BY PLACING PLAINTIFF IN A HARD CELL SEGREGATION HALLWAY UNUSED FOR DAYS WITH FECES SMEARED ON THE WINDOW AND WALLS. DEFENDANT REFUSED TO ALLOW PLAINTIFF TO EAT FOR 5 MEALS UNTIL SHE CLEANED IT OFF BY HAND AND REFUSED TO ALLOW HER ACCESS TO SHOWER OR HYGIENE ITEMS TO WASH OFF. SHE WAS KEPT IN FREEZING COLD CELL DENIED MEDICATIONS AND GLASSES IN A 24/7 BRIGHT LIGHT CELL RESULTING IN HEADACHES, FREEZING COLD, AND SENSORY DEPRIVATION FOR NO PENOLOGICAL INTEREST.

37. DEFENDANTS LT. BASHOR, CCPM KURT SUESSER, DEPUTY PATRICIA THOMPSON, SUPERINTENDANT L.J. OLIVER ALL USED CRUEL AND UNUSUAL PUNISHMENT AND DELIBERATE INDIFFERENCE AS WELL AS ATYPICAL AND SIGNIFICANT HARDSHIP BY KNOWINGLY PLACING A TRANSGENDER WOMEN IN A CELL WITH A HOSTILE 613 BAD IBS INMATE AT 9:58 PM WHERE SHE WAS IN POSITION TO BE VERBALLY VIOLATED, MENTALLY AND PHYSICALLY ABUSED. ALL DEFENDANTS KNEW AND HAD KNOWLEDGE OF DEFENDANTS/DEPUTY PLAINTIFFS LGBTQ STATUS AND HAD TO BE AWARE THAT PLACING HER IN THAT CELL OR SITUATION VIOLATED HER 8TH AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION. ESTELLE V. GAMBLE, SANDIN V. CONNER ARGUMENTS APPLY HERE.

38. ALL DEFENDANTS KNEW OF AND HAD DIRECT KNOWLEDGE OF PLAINTIFFS TRANSGENDER INMATED STATUS AND MADE IT A POINT TO NOT DOCUMENT, EXCEPT STATUS, AND THEREFORE THEY CONSPIRED TO HARRASS AND RETALIATE ON PLAINTIFF BASED ON PLAINTIFFS PAST STATE NUMBER AND THE WINNING OF CIVIL ACTION YOUNG V. MARTIN.

39. Defendants PA Doc, Deputy Patricia Thompson, Superintendant C.J. Oliver, CHCA Edwards, CCPM Kurt Suesser, Dr. Craig Rush, Dr. Gottesmen, Dr. Lucas, and Dr. Evans, used and continue to use excessive force, deliberate indifference, retaliatory conduct all with sadistic and malicious intentions to inflict cruel and unusual punishment. All defendants conspired to deny plaintiff mental health treatment for his Bipolar, Post Tramatic Stress Disorder, Schizoaffective Disorders knowingly and with each others input subjecting her to mental, physical injury, and to suffer in solitary confinement where her condition continues to deteriorate. Defendant therefore violate plaintiff's 8th Amendment right to the United States constitution knowingly after being shown proof from Young v. Martins, criminal courts CCH# CP-02-CR-0012476-2005, and King v. Kubrin documents as well as asking to look at 2005 intake mental health up until 2010 when plaintiff was sent to (SMU) Special Management Unit and the process started to start treating her as Behavioral and violent in a conspiracy not to treat me for mental illness thereby subjecting her to the same findings of Department of Justice Report and recommendation.

40. By continuing to deny plaintiff mental health diagnosis and relief, as well as a failure to protect her for LGBTQ transgender/woman identity and to seek redress plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injuntive relief which plaintiff seeks.

## VIII. Prayer For Relief

WHEREFORE, plaintiff respectfully pray that this court enter judgement:

41. Granting plaintiff a declaration that the acts and omissions described herein violate her rights under the constitution and laws of the United States, and

42. A preliminary and permanent injunction ordering defendants to provide plaintiff with adequate protection for transgender/woman identity and to treat/diagnosis her with the known mental health injuries on files/records, and

43. Granting plaintiff compensatory damages in the amount of $50,000 against each defendant, jointly and separatly

44. Plaintiff seeks nominal damages and positive damages in ament of $50,000 against each defendant jointly and separatly

45. Plaintiff seeks meditation on this issue and/or settlement. If not possible jury trial.

46. Plaintiff seeks recovery of costs in this suit

    Any additional relief this court deems just, proper, and equitable.


    Dated: November 9th 2022
    Respectfully submitted,
    Leonard Young # QA-0396
        10745 Route 18
    Albion PA. 16475-0002


                        Verification
    I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.


    Executed at Albion Pennsylvania on November 9th 2022
    X
        Leonard Young

                        - 13 -

## CERTIFICATE OF SERVICE

I, Leonard Young, Hereby Attest that a true and correct copy of plaintiff's Amended Complaint was sent via 1st class mail to:

1) Western District
   Clerk of Courts
   17 South Park Row
   Erie PA. 16501

Dated: November 9th 2022

By: Leonard Young #QA-0396

10745 Route 18

Albion PA. 16475-0002

-14-