IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEONARD YOUNG

CIVIL ACTION # 1:22-cv-327

V.

PA. DEPARTMENT OF CORRECTIONS ET AL.,

**FILED**
DEC 14 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOTION FOR CLARIFICATION ~~RECONSIDERATION~~
OF ~~PLAINTIFF'S~~ REPORT AND RECOMMENDATION
ON PLAINTIFF'S MOTION FOR ~~INJUNCTIVE~~
RELIEF.

NOW ON THIS 9TH DAY OF DECEMBER, 2022 COMES PLAINTIFF WITH ABOVE MOTION FOR THE FOLLOWING:

1. PLAINTIFF IS UNSURE IF THE COURT/JUDGE IS SAYING THAT THEY NEVER RECEIVED HIS AMENDED COMPLAINT OR IF IT HAS NOT BEEN SERVED BUT HAS BEEN RECEIVED.

2. PLAINTIFF IS HIGHLY UNSURE ABOUT WHAT ELSE TO DO TO "EFFECTUATE SERVICE" OF SAID AMENDED COMPLAINT.

3. PLAINTIFF HAS SURELY SENT AMENDED COMPLAINT TO COURT VIA 1ST CLASS MAIL ON 11-2-22 WITH ATTACHED CERTIFICATE OF SERVICE.

4. PLAINTIFF HAS SAID IN HER INJUNCTION MOTION THAT DEFENDANTS HAVE TAKEN HER LEGAL WORK SO SHE HAS NO COPY OF EVEN THE ORIGINAL OR AMENDED COMPLAINT. PLAINTIFF WOULD NEED A COPY OF THE COMPLAINT ANYWAY TO LITIGATE.

5. PLAINTIFF WOULD LIKE TO SUBMIT THE VERIFICATION IN SUPPORT OF HER MOTION FOR PRELIMINARY INJUNCTION / TRO. SEE ATTACHED.

WHEREFORE, PLAINTIFF ASKS THAT COURT TO RESPECTFULLY MAKE ATTEMPT TO CLARIFY SO SHE MAY UNDERSTAND WHAT IS BEING SAID AND TO EXCEPT VERIFICATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION/TRO

X DECEMBER 9TH 2022

X _____
LEONARD YOUNG #QA0398
10745 ROUTE 18
ALBION PA. 16475

VERIFICATION IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION/TRO

I, LEONARD YOUNG, DO HEREBY SWEAR AND ATTEST THAT THE FOREGOING MOTION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, BELIEF, AND UNDERSTANDING UNDER PENALTY OF PERJURY. X _____

X DECEMBER 9TH 2022
X _____
LEONARD YOUNG #QA-0396
10745 ROUTE 18
ALBION PA. 16475

## CERTIFICATE OF SERVICE

I, LEONARD YOUNG, ATTEST THAT A TRUE AND CORRECT COPY OF VERIFICATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION/TRO AND MOTION FOR CLARIFICATION OF REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF WAS SENT VIA 1ST CLASS MAIL TO:

1) WESTERN DISTRICT
   CLERK OF COURTS
   17 SOUTH PARK ROW
   ~~ALTOONA~~ ERIE PA. 16501

DECEMBER 9TH, 2022

BY: _____
LEONARD YOUNG #QA-0396
10745 ROUTE 18
ALBION PA. 16475